THE LAW OFFICE OF
# RICK S. COWLE
18 FAIR STREET
CARMEL, NEW YORK 10512

ADMITTED IN NY, CT
& WASHINGTON D.C.
E-MAIL: rcowlelaw@comcast.net
WEB: rcowlelaw.com

TELEPHONE (845) 225-3026
FACSIMILE (845) 225-3027

December 11, 2018

Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

**Re:   Timothy Dwight & Susanne M. Dwight**
**Case No. 18-23066 (rdd)**

Dear Judge Drain:

The Office of Rick S. Cowle, P.C. (the "Firm") represents the Debtors, Timothy Dwight & Susanne M. Dwight, in the above-referenced bankruptcy case.  Loss Mitigation Status Conference is currently scheduled for December 12, 2018.  Please allow this letter to serve as a status update for loss mitigations for the first mortgage with Selene Finance, LP (the "Creditor").

**Selene Fianance, LP**

With regard to the first mortgage with Selene Finance, LP, on August 27, 2018, our office filed a Loss Mitigation Request and the order was entered on September 14, 2018.  On October 11, 2018 our office emailed Counsel that filed a Notice of Appearance on behalf of the secured creditor for the underlying bankruptcy (ECF. Doc. No. 15) regarding representation in loss mitigation.  We were advised that Counsel was not retained by the Lender for Loss Mitigation but would reach out to the Lender.  Our office has been in contact with Counsel several times in the last couple of months to see if they were retained.

On or around November 29, 2018, the undersigned received a denial letter directly from the Lender advising the Debtors were denied for a Streamline Modification.  However, no documents were ever submitted for any loss mitigation review as there has been no Creditor Affidavit filed. In addition, our office received a servicing Transfer letter from Selene stating on November 9, 2018, the loan will be transferred to Rushmore Loan Management Services, LLC.  An email was sent to Counsel with the above information and we were advised that the matter was going to be escalated to see if they were retained for Loss Mitigation.  We are currently waiting to hear back.

In addition, on December 5, 2018, our office reached out to Counsel that typically represents Rushmore in loss mitigation. The attorney contacted Rushmore and are waiting to hear back.

We are waiting for an update from that office.

Sincerely,

THE LAW OFFICE OF RICK S. COWLE, P.C.

By:    /s/ Rick S. Cowle
       Rick S. Cowle, Esq.